IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA RENEAU, individually and on behalf others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL FLORIDA RESTAURANTS, INC. d/b/a TGI FRIDAYS,<br><br>　　　　Defendant. | Case No. 1:20-cv-00354 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Angela Reneau, by and through his undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Central Florida Restaurants, Inc., d/b/a TGI Fridays. The parties are finalizing settlement and expect to file dismissal papers within 45 days.

　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　Kelly K. Iverson
　　　　　　　　　　　　　　　　　　Carlson Lynch, LLP
　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　T. (412) 322-9243

　　　　　　　　　　　　　　　　　　Katrina Carroll
　　　　　　　　　　　　　　　　　　Nicholas Lange
　　　　　　　　　　　　　　　　　　Carlson Lynch, LLP
　　　　　　　　　　　　　　　　　　111 W. Washington Street Ste. 1240
　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　T. (312) 750-1265

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on November 9, 2020, a true and correct copy of the foregoing Notice of Settlement was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

> Ryan T. Benson
> rbenson@ohaganmeyer.com

> Respectfully Submitted,
>
> By: */s/ R. Bruce Carlson*
> R. Bruce Carlson