## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Angela Reneau

                        Plaintiff,

v.                                               Case No.: 1:20−cv−00354
                                                         Honorable Franklin U. Valderrama

Central Florida Restaurants, Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 21, 2020:

     MINUTE entry before the Honorable Franklin U. Valderrama: On Stipulation [23] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action. Civil case terminated. Mailed notice (axc).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.